## OLENTINE v. ANDERSON.

No. 9599—Opinion Filed Nov. 12, 1918.

(176 Pac. 82.)

(Syllabus)

### Appeal and Error—Time for Appeal—Dismissal.

Where the petition in error and case made are not filed in this court within six months from the rendition of the judgment complained of, the cause will be dismissed.

Action between Charles Olentine and D. A. Anderson, Jr. Judgment for the latter, motion for new trial overruled, and the former brings error. Motion to dismiss sustained.

McCombs & McCombs, for plaintiff in error.

J. H. Jarman and Curtis & Pitchford, for defendant in error.

PER CURIAM. On May 17, 1917, judgment was rendered in favor of the plaintiff, and on June 16, 1917, was entered. On May 18, 1917, defendant served notice of appeal and filed motion for new trial which was overruled next day. Petition in error and case made were filed in this court November 20, 1917. Motion to dismiss sustained, and cause was dismissed for the reason that appeal was not commenced within six months from the rendition of the judgment complained of.